# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>LYDIA MARIA RIVERA CALDERON<br><br>DEBTOR(S) | CASE NO.: **17-05554- BKT**<br><br>JUDGE: **BRIAN K. TESTER**<br><br>(CHAPTER 7) |
|---|---|

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on Sep 13, 2017. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes _____ No _____. **Track No.** _____
**Exemptions as claimed in Schedule C allowed.** Yes _____ No _____
**Creditor(s) Present** Yes _____ No _____.     **Attorney's Information**
                                                                Present with Debtor(s) was
_____   _____         _____ Attorney of Record
_____   _____         _____ Other: _____
_____   _____         _____ Pro-Se - See Certificate

**Debtor to amend within** _____ **days the following:**
___ A, ___ B, ___ C, ___ D, ___ E, ___ I & J, ___ Other _____
___ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within** _____ **days:**
___ Documents on Real Property                    ___ Documents on Vehicle
    (Appraisal, Title Search, Mortgage Balance)

---

**Trustee further requests that:**
___ Case be closed as no-asset as of the date of §341(a) meeting.     ___ Upon receipt of documents.
✓ Case be held open for potential asset recovery.
✓ Case be **RESET** the §341(a) Meeting
        ___ On the ___ day of _____, 200___, at _____.
        ___ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
                ___ Debtor(s) failed to appear.
                ___ Attorney for Debtor(s) failed to appear.
                ✓ Further testimony or material is needed. *Trustee to coordinate inspection of property and meeting with Debtor.*
        ___ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
        ___ Failure to provide complete: ___ Schedules, ___ Statement of Affairs, ___ Mailing Lists,
                Description of estate assets.
        ___ Failure of _____ Debtor(s) _____ Counsel to appear at:
                _____ initial _____ subsequent creditor meetings.

Dated: September 14, 2017

_____
WIGBERTO LUGO-MENDER, Trustee