# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN RE:

LYDIA MARIA RIVERA CALDERON

XXX-XX-7458

                    Debtor(s)

CASE NO. 17-05554 BKT

Chapter 7

FILED & ENTERED ON 3/19/2018

## ORDER

The motion filed by Debtor requesting extension of time of (30) days to respond to Trustee motion to dismiss and request Order for more definite statement or motion to dismiss (docket #48) is hereby granted. Order due by April 18, 2018.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 19 day of March, 2018.

Brian K. Tester
U.S. Bankruptcy Judge

C:    DEBTOR(S)
      LYSSETTE A MORALES VIDAL
      WIGBERTO LUGO MENDER